UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANNEX BOOKS, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 1:03-cv-918-SEB-TAB |
| vs. | ) | |
| | ) | |
| CITY OF INDIANAPOLIS, | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED ORDER NUNC PRO TUNC ENTERING PERMANENT INJUNCTION**

On October 8, 2014, the stay of the Seventh Circuit Court of Appeals's mandate was lifted with instructions "to enter an injunction against enforcement of the closure ordinance." In accordance with the mandate, Defendant, the City of Indianapolis, and its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with it who receive actual notice of this order by personal service or otherwise, are hereby <u>PERMANENTLY ENJOINED</u> from enforcing Chapter 807 of the City-County Code against Plaintiffs, their officers, agents, and employees in any manner inconsistent with the holding on appeal. Defendant is ordered to undertake forthwith the necessary steps to communicate this restraint to all the necessary and appropriate officials and departments.

Each party shall, pursuant to Local Rule 16-2, "file a statement of position as to what action the court should take in the case" relating to issues of damages and attorney fees, to the extent such issues remain and cannot be resolved by the parties' voluntary efforts. These statements shall be filed on or before October 29, 2014.

Date: 11/12/2014

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana